**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      State of Texas v. Zena Collins Stephens
                          Ex parte Zena Collins Stephens

Appellate case numbers:   01-19-00209-CR, 01-19-00243-CR

Trial court case number:  18DCR0152

Date motion filed:        August 14, 2020

Trial court:              344th District Court of Chambers County

      Appellee Zena Collins Stephens filed a motion for en banc reconsideration of this Court's July 9, 2020 opinion. The motion for en banc reconsideration is **denied**.

      It is so **ORDERED**.


Judge's signature: _____/s/ Peter Kelly_____
          ☐Acting individually    ☑ Acting for the Court


En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Justice Goodman, dissenting.


Date:  October 6, 2020